**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 08-1085**

———————

LAWRENCE VERLINE WILDER, SR.,

        Plaintiff - Appellant,

   v.

GLASS HEALTH ASSOCIATION,

        Defendant - Appellee,

   and

BLUE CROSS & BLUE SHIELD OF MARYLAND,

        Defendant.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Frederic N. Smalkin, Senior District Judge. (1:97-cv-02103-FNS)

———————

Submitted: August 21, 2008     Decided: August 25, 2008

———————

Before WILLIAMS, Chief Judge, and KING and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Lawrence Verline Wilder, Sr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Verline Wilder, Sr., appeals the district court's order denying his motion to vacate the order denying his motion to reopen a civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Wilder v. Glass Health Ass'n</u>, No. 1:97-cv-02103-FNS (D. Md. Dec. 26, 2007). Wilder's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>